UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-80689-CIV-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

PAULETTE ARNOLD A/K/A
PAULETTE MANNINO,
    Defendant.
_____/

## FINAL JUDGMENT ON ATTORNEYS' FEES

**THIS CAUSE** is before the court upon plaintiff's motion to for entry of judgment on attorneys' fees, pursuant to prior order contemporaneously entered, adopting in part and rejecting in part Magistrate Judge James Hopkins' Report & Recommendation on the fee issue, it is now

**ORDERED and ADJUDGED:**

1. The plaintiff, **UNITED STATES OF AMERICA**, shall recover from the defendant, **PAULETTE ARNOLD A/K/A PAULETTE MANNINO,** attorneys' fees in the **TOTAL SUM of $625.00**, which sum shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of this judgment, for which let execution issue.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 20th day of May, 2013.

                                      Daniel T. K. Hurley
                                      United States District Judge

cc. all counsel
    Paulette Arnold, *pro se*